IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERALD DEAN GODWIN,           )<br>                              )<br>    Petitioner,              )<br>                              )<br>    v.                        )<br>                              )<br>UNITED STATES OF AMERICA,     )<br>                              )<br>    Respondent.               ) | CIVIL ACTION NO.<br>2:16cv509-MHT<br>(WO) |

ORDER

It is ORDERED that, pursuant to 28 U.S.C. § 2553(c), petitioner's motion for a certificate of appealability (doc. no. 47) is granted.

The court finds that the petitioner "has made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), as to the following issue: Whether petitioner's 18 U.S.C § 924(c) conviction is unconstitutional in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), and/ or *United States v. Davis*, 139 S. Ct. 2319 (2019).

DONE, this the 1st day of May, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE